# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-06168-SVW-GJS | Date | January 16, 2020 |
|---|---|---|---|
| Title | Yi Zhang v. Equifax Information Services, LLC, et al | | |

## JS - 6

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

N/A  N/A

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

The Court, on December 30, 2019, issued an order to show cause why this action should not be dismissed for lack of prosecution.

No response having been filed by plaintiff, the Court's orders the case dismissed.

Initials of Preparer   PMC